IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| THE ESTATE OF HANS J. VATHEUER, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 140200C |
| | ) | |
| v. | ) | |
| | ) | |
| MULTNOMAH COUNTY ASSESSOR, | ) | |
| | ) | |
| Defendant. | ) | **FINAL DECISION OF DISMISSAL** |

This Final Decision of Dismissal incorporates without change the court's Decision of

Dismissal entered November 28, 2014. The court did not receive a request for an award of costs

and disbursements within 14 days after its Decision of Dismissal was entered. *See* TCR-MD 19.

This matter is before the court on Plaintiff's motion to dismiss, filed November 17, 2014,

requesting that the Complaint be dismissed. As of the date of this Decision of Dismissal,

Defendant has not filed a response to Plaintiff's motion. Under these circumstances, the court

finds that the case should be dismissed. Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiff's Complaint is dismissed.

Dated this ＿＿ day of December 2014.

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
DAN ROBINSON
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*
*Your Complaint must be submitted within 60 days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed.*

*This Final Decision of Dismissal was signed by Magistrate Dan Robinson on December 16, 2014. The Court filed and entered this Final Decision of Dismissal on December 16, 2014.*